**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAURICIO ROMEU,**<br>**Petitioner,**<br><br>**v.**<br><br>**ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO OFFICE,** *et al.,*<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00541-DB** |

**ORDER**

On this day, the Court considered the above-captioned case. On February 23, 2026, Petitioner Mauricio Romeu filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241," ECF No. 1. On February 27, 2026, Respondents filed a response, ECF No. 7. Petitioner is a citizen of Angola, who entered the on July 12, 2020. ECF No. 7 at 4. Petitioner then applied for asylum after he was released. *Id.* Petitioner had a hearing on the merits before an immigration judge, where he was denied relief, and Petitioner appealed the decision. *Id.* The appeal remains pending. On January 27, 2025, Petitioner was taken into custody. *Id.* Petition received a bond hearing on February 26, 2025, which was denied because he is a "danger to the community, lack of viable claim and lack of appropriate supervisor." *Id.* Petitioner alleges his detention without further individualized justification has become unreasonably prolonged in violation of his Fifth Amendment due process rights. ECF No. 1 at 2. At this time, the Court requires further information before resolving the merits of the instant petition.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** supplemental briefing, **by no later than August 20, 2026**, addressing the following:

- whether Petitioner remains detained, and if so where;

- the length of detention to which the petitioner has already been subjected;
- the likelihood of deportation;
- the potential length of the detention into the future;
- the likelihood that release will frustrate the petitioner's actual deportation; and
- the danger to the community posed by the petitioner if released.

**IT IS FURTHER ORDERED** that if Respondents wish to respond to Petitioner's supplemental briefing, they **MAY FILE** a response by **no later than August 25, 2026**,

**SIGNED** this **17th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**