**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAURICIO ROMEU,**<br>**Petitioner,**<br><br>**v.**<br><br>**ENFORCEMENT AND REMOVAL OPERATIONS,** *El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.,*<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00541-DB** |

**ORDER OF DISMISSAL**

On this day, the Court considered Petitioner Mauricio Romeu's ("Petitioner") "Motion for Voluntary Dismissal Without Prejudice," ECF No. 17, filed on September 24, 2026. Therein, Petitioner moves for "voluntarily dismissal of this action without prejudice" and "requests that dismissal not operate as an adjudication on the merits and that each party bear its own fees and costs." *Id.* at 1–2. After due consideration, Petitioner's motion is granted.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Motion for Voluntary Dismissal Without Prejudice," ECF No. 17, is **GRANTED.**

**IT IS FURTHER ORDERED** Petitioner's "Motion for Expedited Consideration and Prompt Adjudication of Petition for Writ of Habeas Corpus," ECF No. 16, is **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED this 29th day of September 2026.**

**For THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**